United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HUIMIN SONG, et. al., | CASE NO. 5:11-cv-04450 EJD |
| Plaintiff(s), | **ORDER REFERRING CASE TO MAGISTRATE JUDGE SETTLEMENT CONFERENCE** |
| v. | |
| COUNTY OF SANTA CLARA, et. al., | |
| Defendant(s). | |

Pursuant to ADR Local Rule 7-2, the above-entitled case is referred to Magistrate Judge Nathanael Cousins for a settlement conference to occur no later than 30 days from the date this order is filed. Counsel shall contact Judge Cousins' chambers to arrange a date and time for the conference forthwith.

**IT IS SO ORDERED.**

Dated: September 5, 2014

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:11-cv-04450 EJD
ORDER REFERRING CASE TO MAGISTRATE JUDGE SETTLEMENT CONFERENCE