UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HUIMIN SONG AND ANDY XIE,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF SANTA CLARA; SANTA CLARA VALLEY MEDICAL CENTER; DAVID MANSON; SONIA VALENCIA; ANN LABORDE; TERRY STAVANG,<br><br>　　　　　Defendants. | Case No.  5:11-CV-04450-EJD<br><br>**ORDER RE: PLAINTIFFS' TRIAL EXHIBITS**<br><br>**[Re: Dkt. No. 112]** |

Presently before the court is Defendants' Notice of Motion to Exclude Non-Disclosed Exhibits. See Dkt. No. 112. Therein, Defendants seek to exclude: (1) exhibits 27 through 60 because they were newly added; (2) exhibits 1 through 3 and 5 through 7 because they are new and different versions; and (3) exhibits 15 through 26 because they were previously excluded by the court. See id. at 2.

The court examined exhibits 15 through 26 and found they were identical to the exhibits previously submitted by Plaintiffs. Accordingly, pursuant to the court's order dated December 22, 2014, Defendants' motion to exclude exhibits 15 through 26 is GRANTED. See Dkt. No. 108. Plaintiffs may not seek to admit exhibits 15 through 26 at trial.

As to exhibits 27 through 60, 1 through 3, and 5 through 7, counsel shall appear before the court at **8:30 a.m. on January 13, 2015** to discuss the matter.

Case No. 5:11-CV-04450-EJD
ORDER RE: PLAINTIFFS' TRIAL EXHIBITS

Furthermore, as instructed at the Final Pretrial Conference, counsel shall submit by **12:00 p.m. on January 12, 2015** a joint neutral statement of the case to be read to prospective jurors.

**IT IS SO ORDERED.**

Dated: January 9, 2015

_____
EDWARD J. DAVILA
United States District Judge